IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS CLAY SHARPLESS, <br> TDCJ-ID #564988, <br>     Plaintiff, <br><br> v. <br><br> FOUR ENCLOSED GRIEVANCE <br> FORMS, <br>     Defendants. | § § § § § § § § § § | CIVIL ACTION NO. H-05-1889 |

## ORDER OF DISMISSAL

The plaintiff, Dennis C. Sharpless, is a state inmate incarcerated in the Texas Department of Criminal Justice - Correctional Institutions Division (collectively, "TDCJ"). He has filed a "federal complaint" alleging civil rights violations. Because Sharpless has filed well over fifty other lawsuits in the federal courts in Texas, he is well known in this district. At least seven of his suits have been dismissed as frivolous. He has been sanctioned in numerous lawsuits for his persistent abuse of judicial resources. In more than one lawsuit filed in this district, he has been barred from filing any new civil lawsuit unless he has paid the full filing fee and has received permission to file the suit by a judge of the court. *See, e.g., Sharpless v. Bueller, et al.*, Civil Action Number H-00-CV-564 (S.D. Tex. March 29, 2000); *Sharpless v. Disciplinary Captain*, Civil Action No. H-01-0024 (S.D. Tex. January 12, 2001); *Sharpless v. Estelle Unit High Security*, Civil Action No. H-01-3960 (S.D. Tex. Nov. 27, 2001).

Sharpless has not paid the filing fee or been given permission to file the pending complaint in this case. Sharpless would not be allowed to pursue this case if he did ask for

permission because the subject matter concerns grievances filed by him at the Stiles Unit, where Sharpless currently resides. The Stiles Unit is located in the United States District Court for the Eastern District of Texas, Beaumont Division, meaning that the Southern District of Texas, Houston Division, is not the correct venue. Moreover, a review of court records shows that Sharpless has not satisfied any of the many sanction orders imposed against him. This case will be dismissed because Sharpless should not be allowed to prosecute it under the sanction orders imposed against him.

Accordingly, it is **ORDERED** that this case is **DISMISSED**.

**The Clerk will provide a copy of this Order to all parties, to the TDCJ - Office of the General Counsel, P.O. Box 13084, Capitol Station, Austin, TX 78711, Fax 512-936-2159; and to the Clerk of the United States District Court for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Betty Parker.**

SIGNED at Houston, Texas, on **June 2, 2005**.

_____
Nancy F. Atlas
United States District Judge

2